# UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Global Patent Solutions, LLC, an Arizona limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>Global Competitiveness, Inc., d/b/a Global Prior Art, a Maine corporation,<br><br>          Defendants. | No. 09-cv-2445<br><br>**SUMMONS** |

To: **Global Competitiveness, Inc., d/b/a Global Prior Art**

   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

      Kimberly A. Warshawsky, Esq.
      John E. Cummerford, Esq.
      Greenberg Traurig, LLP
      2375 E. Camelback Rd., Ste. 700
      Phoenix, AZ 85016
      (602) 445-8000

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____   _____
**CLERK**                     **Date**

_____
**(BY) DEPUTY CLERK**